UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>- v. -<br><br>CHARLES NELSON FINKEL,<br><br>Defendant. | **SEALED**<br>**ORDER OF CONTINUANCE**<br><br>22 Mag. 8103 |

Upon the application of the United States of America and the affirmation of Shaun E. Werbelow, Assistant United States Attorney for the Southern District of New York, it is found that the defendant was charged with violations of Title 15 United States Code, Section 78dd-2 and Title 18, United States Code, Sections 371, 1956, and 2, and was arrested on October 6, 2022;

It is further found that the defendant was presented on October 17, 2022 before the Honorable Sarah Netburn in the Southern District of New York, and released on bail;

It is further found that Lorin Reisner, Esq., counsel for defendant, and Assistant United States Attorney Shaun E. Werbelow have been engaged in, and are continuing, discussions concerning a possible disposition of this case;

It is further found that the Government has requested a continuance of 30 days to engage in further discussions with counsel about the disposition of this case and that the defendant, through counsel, has consented that such a continuance may be

granted for that purpose and has specifically waived his right to be charged in an indictment or information for an additional 30 days; and

It is further found that the granting of such a continuance best serves the ends of justice and outweighs the best interests of the public and the defendant in a speedy trial; and therefore it is

ORDERED that the request for a continuance pursuant to 18 U.S.C. § 3161(h)(7)(A) is hereby granted from October 16, 2026 until November 16, 2026, and that a copy of this Order and the affirmation of Assistant United States Attorney Shaun E. Werbelow be served by mail on this date on counsel for the defendant by the United States Attorney's Office.

Dated: New York, New York
October 16, 2026

THE HONORABLE ROBYN F. TARNOFSKY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF NEW YORK